UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYNE ALLEN GINNIS,<br><br>Defendant. | Case No. 4:11-cr-00198-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

# INTRODUCTION

Before the Court is Defendant Wayne Allen Ginnis's pro se Request for Early Termination of Supervision (Dkt. 72). For the reasons explained below, the Court will deny the motion without prejudice.

# DISCUSSION

In June 2012, Mr. Ginnis pleaded guilty to Travel with Intent to Engage in Illicit Sexual Contact, in violation of 18 U.S.C. § 2423(b). *See* Dkt. 44, 49. He was sentenced to 70 months' incarceration, to be followed by 10 years of supervised release. *See* Dkt. 69.

On October 12, 2021, Mr. Ginnis filed a request for early termination of supervision. The next day, the Court issued an arrest warrant for him to appear

MEMORANDUM DECISION AND ORDER - 1

before the Court to answer for alleged violations of the terms of his supervised release. *See* Dkt. 74.

Under these circumstances, the Court will deny, without prejudice, Mr. Ginnis' request for early release from supervision. The Court prefers to resolve the various alleged violations on supervision before handling the request for early termination of supervision. Mr. Ginnis may renew his request after the Court resolves the pending Petition on Supervised Release.

## ORDER

**IT IS ORDERED that** Defendant's Request for Request for Early Termination of Supervision (Dkt. 71) is **DENIED WITHOUT PREJUDICE.**

DATED: December 2, 2021

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 2